AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

*Plaintiff,*

*v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

*Defendants.*

Civil Action No. 12-CV-20013-UU

### SUMMONS IN A CIVIL ACTION

To:     **UNLIMITED PCS, INC. d/b/a EWIRELESS.COM**
**c/o BAAJOUR ABED, Registered Agent**
**5410 Northwest 72nd Avenue**
**Miami, Florida  33166**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __**January 6, 2012**__



SUMMONS

Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

*Plaintiff,*

*v.*

Civil Action No. 12-CV-20013-UU

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

*Defendants.*

### SUMMONS IN A CIVIL ACTION

To:   **TECHNOPARK CO. LTD.**
**Rooms 2905-06, 29/FL**
**69 Jervois Street**
**Sheung Wan, Hong Kong**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __January 6, 2012__



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

*Plaintiff,*

*v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

*Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To:   **ZHONG M. HUANG, Individually**
**307 Teddy Avenue**
**San Francisco, California  94134**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days
if you are the United States or a United States agency, or an officer or employee of the United States described in
Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or
plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __January 6, 2012__



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

               *Plaintiff,*

               *v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

               *Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To:   **JUN M. HUANG, Individually**
       **307 Teddy Avenue**
       **San Francisco, California  94134**

A lawsuit has been filed against you.

    Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 6, 2012**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

## SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

*Plaintiff,*

*v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

*Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To:    **SKYSTARTRADE, LLC**
       **c/o JUN M. HUANG, Registered Agent**
       **1324 Noriega Street**
       **San Francisco, California  94122**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ **January 6, 2012** _____



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

　　　　　　　　*Plaintiff,*

　　　　　　*v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

　　　　　　　　*Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To:　**MUDASSAR B. ALI, Individually
7025 150th Avenue
Redmond, Washington  98052**

A lawsuit has been filed against you.

　　　　Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: __**January 6, 2012**__

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

              *Plaintiff,*

              *v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

              *Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To:   **USAUNLOCKER d/b/a USAUNLOCKER.COM**
      **8151 161st Avenue, Northeast**
      **Redmond, Washington 98052**

A lawsuit has been filed against you.

    Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 6, 2012**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

*Plaintiff,*

*v.*

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

*Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To: **ABED BAAJOUR, Individually**
**7130 Northwest 109th Court**
**Doral, Florida  33178**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 6, 2012**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts