IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER 12-CV-20012 (UU)

(Jury trial demanded)

TRACFONE WIRELESS, INC.
A Delawere Corporation,

        Plaintiff

v.

UNLIMITED PCS, INC. d/b/a
EWIRELESS.COM. a Florida
Corporation; ABED BAAJOUR, an
Individual, et cetera, et al.

## NO SERVICE AFFIDAVIT OF ABED BAAJOUR IN SUPPORT OF MOTION TO QUASH – DE 14 FILED JANUARY 28, 2012

COMES NOW ABED BAAJOUR, by the undersigned attorney, and files this affidavit in support of motion to Quash captioned above and under penalty of perjury says as follows:

The Summons Affidavit (DE 11) filed in this case is in error.  The affidavit says that service was perfected on **Belkys Andrade**, a "**co-tenant"** of Abed Baajour.

Belkys Andrade is not a co-tenant of Abed Baajour and Belkys Andrade is not a member of Abed Baajour's household and does not live at Abed Baajour's place of residence.

Belkys Andrade is a cleaning lady at the home of Abed Baajour who comes only one day per week to clean the home.

1

Belkys Andrade is not authorized to accept service of process on Abed Baajour under either Florida law FS 48.031(1)(a) or under Federal Rule of Civil Procedure 4(e)(1) or 4(e)(2) (B ).

Further affiant says naught.

**28 U.S.C. SS 1746:Section 1746 Unsworn declarations under penalty of perjury.**

I declare under penalty of perjury that the foregoing is true and correct.

_____

Signature of ABED BAAJOUR

Executed on January 30, 2012.

Dated: January 30, 2012

Respectfully submitted,

"s/s"Adolfo Del Castillo

_____

Adolfo Del Castillo
Florida Bar No. 18946
delcastillopa@comcast.net
Adolfo Del Castillo, P.A.
7530 S.W. 163 Street
Palmetto Bay, FL. 33157
Telephone: (305) 233–5845
Facsimile: (786) 362–5454
Attorneys for Defendant
ABED BAAJOUR and UNLIMITED PCS, Inc
d/b/a EWIRELESS.COM

**Certificate of Service**

2

**I hereby certify** that a true and correct copy of the foregoing was served by [CM/ECF electronic filing] on [January 30, 2012] on all counsel or parties of record on the Service List below.

"s/s" Adolfo Del Castillo

_____

Attorney Name

Dated: January 30, 2012

## SERVICE LIST
## Case No. 12-CV-20012 (UU)

Aron S. Weiss (Fla. Bar No. 48813)
Steven J. Brodie (Fla. Bar N. 333069)
C/O Carlton Fields, PA
100 SE Second Street, Suite 4200
Miami, Florida 33131
aweiss@carltonfields.com
sbrodie@carltonfields.com
Telephone: (305) 530–0050
Facsimile: (305) 530–0055
Attorneys for Plaintiff
[TRACFONE WIRELESS, INC.]

James B. Baldinger (Fla.Bar No. 869899)
jbaldinger@carltonfields.com
Carlton Fields, PA
1200 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659–7070
Facsimile: (561) 659–7368
Attorneys for Plaintiff
[TRACPHONE WIRELESS, INC.]

Attorney Name

4

Attorney E–mail Address
Firm Name
reet Address
City, State, Zip Code
Telephone: (xxx)xxx–xxxx
Facsimile: (xxx)xxx–xxxx
Attorneys for Plaintiff/Defendant
[Party's Name(s)]

4