# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 12-CV-20013-UU

Plaintiff:
**TRACFONE WIRELESS, INC., A DELAWARE CORPORATION,**
vs.
Defendant:
**UNLIMITED PCS, INC. D/B/A EWIRELESS.COM, A FLORIDA
CORPORATION; ABED BAAJOUR, AN INDIVIDUAL; USA UNLOCKER D/B/A
USA UNLOCKER.COM, AN UNREGISTERED WASHINGTON ENTITY; ET AL.,**

For: Steven Brodie
     CARLTON FIELDS, P.A.

Received by Judicial Process and Support, Inc. on the 17th day of January, 2012 at 10:00 am to be served on **MUDASSAR B. ALI, INDIVIDUALLY,** 7025 150TH AVENUE, REDMOND, WA 98052. I, ___Bruce Munro___, do hereby affirm that on the _28th_ day of _January_, 20_12_ at _7:30_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF WITH ATTACHED EXHIBITS** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: Served by delivering a true copy of the documents reflected above with the date and hour of service endorsed thereon by me, to ___Fatwar Ali, wife___ as CO-RESIDENT at the address reflected above or in the comments section, the within named person's usual place of ABODE, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

_____

_____

I acknowlede that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

PROCESS SERVER # 010813 6   11204
Appointed in accordance with State Statutes

**Judicial Process and Support, Inc.**
**19 West Flagler Street**
**Suite 717**
**Miami, FL 33130**
**(305) 347-3353**
Our Job Serial Number: 2012000278

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4l

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

TRACFONE WIRELESS, INC.,
a Delaware Corporation,

*Plaintiff,*

v.

UNLIMITED PCS, INC. d/b/a EWIRELESS.COM,
a Florida corporation; ABED BAAJOUR, an individual;
USAUNLOCKER d/b/a USAUNLOCKER.COM, an
unregistered Washington entity; MUDASSAR B. ALI, an
individual; FAIZI HAQ ALI, an individual;
SKYSTARTRADE LLC, a cancelled California limited
liability company; JUN M. HUANG, an individual; ZHONG
M. HUANG, an individual; TECHNOPARK CO. LTD., a
foreign corporation,

*Defendants.*

Civil Action No. 12-CV-20013-UU

## SUMMONS IN A CIVIL ACTION

To:   **MUDASSAR B. ALI, Individually**
      **7025 150th Avenue**
      **Redmond, Washington 98052**

A lawsuit has been filed against you.

      Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Brodie, Esquire
Florida Bar No. 333069
Carlton Fields, P.A.
4200 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

2012000278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: __**January 6, 2012**__

**SUMMONS**

Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts